

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2020

No. 04-20-00020-CR

**IN RE STATE OF TEXAS**, ex rel. Todd A. 'Tadeo' Durden, County Attorney

Original Mandamus Proceeding[1]

### ORDER

On January 10, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 22, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 10041CR,10056CR, 10122CR, 10134CR,9711CR, 9712CR, 9892CR, styled *The State of Texas v. Mark Anthony Gonzalez* (Cause No. 10041CR), and twenty-one other cases, pending in the County Court, Kinney County, Texas. The Honorable Sid L. Harle signed the order at issue in this original proceeding.